# United States District Court
# For The Western District of North Carolina
# Statesville Division

JUNE H. HULL,

    Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                          5:10CV200

MICHAEL J. ASTRUE,
Commissioner of Social Security ,

    Defendant(s).


DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 29, 2012 Memorandum and Order.


                                          Signed: June 29, 2012

                                          */s/ Frank G. Johns*

                                          Frank G. Johns, Clerk
                                          United States District Court